# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Patricia Ann Pickens<br>Gary D. Pickens, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-cv-00166-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Federal National Mortgage Association<br>Mortgage Electronic Registration Systems, Inc.<br>JP Morgan Chase Bank, N.A., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2016 Order.

May 12, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court